## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 08-055-LTS |
| ) | |
| V. ) | |
| ) | |
| ) | |
| SEAN PAUL BENTON ) | |

**ORDER ON DEFENDANT'S MOTION FOR TRAVEL EXPENSES**

**DEIN, U.S.M.J.**

Upon consideration of Defendant's Motion for Travel Expenses, and of the

representation and positions of defendant, the government and pretrial services at defendant's

appearance pursuant to Fed.R.Crim.P.5 on June 27, 2008, defendant's Motion for Travel

is allowed.

The United States Marshall be directed to arrange for and pay the cost of a one way air

transportation from Boston to Texas on dates and times sufficient to enable defendant to

appear in the United States District Court, Northern District of Texas at

8:00 a.m. on July 1, 2008.

The United States Marshall be further directed to furnish defendant with lodging

expenses, if necessary, in an amount sufficient to pay for lodging at a hotel near the courthouse,

but in no event in an amount that exceeds the per diem allowance for travel under 5 U.S.C. §

5702.

Dated: 6/27/08

Judith G. Dein
United States Magistrate Judge